Vincent P. Slusher SBN: 00785480
Andrew Zollinger, SBN: 24069344
*DLA Piper LLP (US)*
1717 Main Street, Suite 4600
Dallas, TX 75201
Tel: 214.743.4509
Fax: 972.813.6246
Vince.slusher@dlapiper.com
andrew.zollinger@dlapiper.com
*Attorney for Hernan Miranda and Maria Alfaro-Miranda*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **HERNAN MIRANDA and** | § | |
| **MARIA ALFARO-MIRANDA** | § | **No. 17-20023-rlj7** |
| | § | |
| **Debtors.** | § | |
| | § | |

---

| | | |
|---|---|---|
| **AMARILLO MEDICAL SPECIALISTS,** | § | |
| **LLP** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Adversary No. 02003-rlj** |
| | § | |
| **HERNAN MIRANDA and** | § | |
| **MARIA ALFARO-MIRANDA** | § | |
| | § | |
| **Defendants.** | § | |

## ANSWER TO FIRST AMENDED COMPLAINT FOR
## DETERMINATION OF DISCHARGEABILITY

Defendants Hernan Miranda, M.D. ("Dr. Miranda") and Maria Alfaro Miranda (collectively referred herein as the "Defendants"), through their counsel of record, hereby answer Amarillo Medical Specialists, LLP's First Amended Complaint for Determination of Dischargeability (the "Complaint") and state as follows:

### I.   PARTIES AND JURISDICTION

1.      Defendants admit the allegations in Paragraph 1 of the Complaint.

2.      Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 2 of the Complaint.

3.      Paragraph 3 of the Complaint contains a legal conclusion to which no response is required.

4.      Paragraph 4 of the Complaint contains a legal conclusion to which no response is required.

## II.      BACKGROUND

5.      Defendants admit the allegations in Paragraph 5 of the Complaint.

6.      Defendants deny the allegations in Paragraph 6 of the Complaint, except admit Dr. Miranda was a former partner of AMS.

7.      Defendants deny the allegations in Paragraph 7 of the Complaint.

8.      Defendants deny the allegations in Paragraph 8 of the Complaint, except admit Dr. Miranda entered into a contract with AMS regarding access to his patient records.

9.      Defendants deny the allegations in Paragraph 9 of the Complaint.

## III.      COUNT I- 11 U.S.C. § 523(A)(6) WILLFUL OR MALICIOUS INJURY,CONVERSION

10.      Paragraph 10 of the Complaint contains a legal conclusion to which no response is required.

11.      Paragraph 11 of the Complaint contains a legal conclusion to which no response is required.

12.      Paragraph 12 of the Complaint contains a legal conclusion to which no response is required.

## IV.    COUNT II- 11 U.S.C. § 523(A)(2)(A)- FALSE PRETENSES

13.      Paragraph 13 of the Complaint contains a legal conclusion to which no response is required.

14.      Paragraph 14 of the Complaint contains a legal conclusion to which no response is required.

15.      Paragraph 15 of the Complaint contains a legal conclusion to which no response is required.

16.      Paragraph 16 of the Complaint contains a legal conclusion to which no response is required.

## V.    COUNT II- 11 U.S.C. § 523(A)(4)- FRAUD & EMBEZZLEMENT

17.      Paragraph 17 of the Complaint contains a legal conclusion to which no response is required.

18.      Paragraph 18 of the Complaint contains a legal conclusion to which no response is required.

Date:  March 30, 2017                    Respectfully submitted,

*DLA PIPER LLP (US)*

By:  /s/ Vincent P. Slusher
        Vincent P. Slusher
        Vince.slusher@dlapiper.com
        State Bar No. 00785480
        Andrew Zollinger
        Andrew.Zollinger@dlapiper.com
        State Bar No. 24069344
        1717 Main Street, Suite 4600
        Dallas, TX  75201
        Tel: 214.743.4509
        Fax: 972.813.6246

**ANSWER TO FIRST AMENDED COMPLAINT FOR**
**DETERMINATION OF DISCHARGEABILITY**                    Page 3

*Attorney for Hernan Miranda and Maria Alfaro-Miranda*

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of March, 2017 a true and correct copy of the foregoing document has been served on all appropriate parties by ECF and upon counsel of record for debtors and upon debtors by email and/or regular U.S. Mail at the addresses listed below:

Shawn D. Twing
Johnathan H. Hinders
MULLIN HOARD & BROWN, LLP
500 South Taylor, Suite 800, LB #213
Amarillo, Texas 79120-1656
stwing@mhba.com
jhinders@mhba.com
*Attorneys for Amarillo Medical Specialists, LLP*

Patrick Swindell
SWINDELL & ASSOCIATES, P.C.
1105 S. Taylor
Amarillo, Texas 79101
Stephanie@swindellandassociates.com
*Attorneys for Debtors*

Maria Margarita Alfaro-Miranda
9251 Greyhawk Rd.
Amarillo, Texas 79119

Hernan Emilio Miranda
9251 Greyhawk Rd.
Amarillo, Texas 79119

*/s/ Andrew Zollinger*
Andrew Zollinger