Andrew Zollinger, SBN: 24069344
*DLA Piper LLP (US)*
1717 Main Street, Suite 4600
Dallas, TX  75201
Tel:  214.743.4509
Fax:  972.813.6246
andrew.zollinger@dlapiper.com
*Attorney for Hernan Miranda and Maria Alfaro-Miranda*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § § § | |
| **HERNAN MIRANDA and** **MARIA ALFARO-MIRANDA** | § § § § | No. 17-20023-rlj7 |
| **Debtors.** | § § | |

| | | |
|---|---|---|
| **AMARILLO MEDICAL SPECIALISTS, LLP** | § § § § | |
| **Plaintiff,** | § § | |
| v. | § § § | Adversary No. 02003-rlj |
| **HERNAN MIRANDA and** **MARIA ALFARO-MIRANDA** | § § § § | |
| **Defendants.** | § | |

## NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL FROM THE COURT'S ECF NOTICING SYSTEM

Please take notice that Vincent P. Slusher gives notice of his withdrawal from the above captioned case.  The undersigned requests that his appearance be removed, and that his name, physical address and email address be removed from the list of persons receiving electronic notice of filings in this case, and that no further pleadings be served upon him,

Andrew Zollinger of DLA Piper LLP (US) will continue to appear as counsel of record for Defendants.

Date:  March 31, 2017

Respectfully submitted,

***DLA PIPER LLP (US)***

By: */s/ Vincent P. Slusher*
Vincent P. Slusher
State Bar No. 00785480
Andrew Zollinger
Andrew.Zollinger@dlapiper.com
State Bar No. 24069344
1717 Main Street, Suite 4600
Dallas, TX  75201
Tel: 214.743.4509
Fax: 972.813.6246
andrew.zollinger@dlapiper.com
Vince.slusher@dlapiper.com

*Attorney for Hernan Miranda and Maria Alfaro-Miranda*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 31st day of March, 2017 a true and correct copy of the foregoing document has been served on all appropriate parties by ECF and upon counsel of record for debtors and upon debtors by email and/or regular U.S. Mail at the addresses listed below:

Shawn D. Twing
Johnathan H. Hinders
MULLIN HOARD & BROWN, LLP
500 South Taylor, Suite 800, LB #213
Amarillo, Texas 79120-1656
stwing@mhba.com
jhinders@mhba.com
*Attorneys for Amarillo Medical Specialists, LLP*

Patrick Swindell
SWINDELL & ASSOCIATES, P.C.
1105 S. Taylor
Amarillo, Texas 79101
Stephanie@swindellandassociates.com
*Attorneys for Debtors*

Maria Margarita Alfaro-Miranda
9251 Greyhawk Rd.
Amarillo, Texas 79119

Hernan Emilio Miranda
9251 Greyhawk Rd.
Amarillo, Texas 79119

                                              */s/ Andrew Zollinger*
                                              Andrew Zollinger