UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 17-20023-rlj7 |
| HERNAN MIRANDA and | § | |
| MARIA ALFARO-MIRANDA | § | |
| | § | |
| Debtors. | § | |
| | § | |
| AMARILLO MEDICAL | § | |
| SPECIALISTS, LLP | § | |
| | § | Adv. Proc. No. 02003-rlj |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| HERNAN MIRANDA and | § | |
| MARIA ALFARO-MIRANDA | § | |
| | § | |
| Defendants. | § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, Amarillo Medical Specialists, LLP, and the Defendants, Hernan Miranda and Maria Alfaro-Miranda, by their undersigned counsel, hereby stipulate and agree that this adversary proceeding be dismissed with prejudice, with each party to bear its own attorneys' fees, costs and expenses.

This stipulation is filed under the terms of a settlement that was approved by Order of the Court entered on August 23, 2017 [Bankruptcy Case Docket No. 25].

Dated: October ____, 2017

Respectfully submitted,

**MULLIN HOARD & BROWN, LLP**

By: /s/ Shawn D. Twing
Shawn D. Twing, SBN 00798008
stwing@mhba.com
Jonathan H. Hinders, SBN 24092517
jhinders@mhba.com
500 South Taylor Street, Suite 800
Amarillo, Texas 79101-1656
(806) 372-5050
*Counsel for Amarillo Medical Specialists, LLP*

**SWINDELL LAW FIRM, P.C.**

By: /s/ Patrick A. Swindell
Patrick A. Swindell, SBN 19587450
pat@swindellandassociates.com
1105 South Taylor Street
Amarillo, Texas 79109
(806) 374-7979
    and
C. Kevin Kobbe (Admitted *Pro Hac Vice*)
kevin.kobbe@dlapiper.com
**DLA PIPER LLP (US)**
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209
(410) 580-3000
*Counsel for Debtors*

**KENT RIES, ATTORNEY AT LAW**

By: /s/ Kent Ries
Kent Ries, SBN 16914050
kent@kentries.com
2700 South Western Street, Suite 300
Amarillo, Texas 79109
(806) 242-7437

*Counsel for Trustee/Intervenor*